Ryan Foltz, WSBA #30696
Gordon & Rees, LLP
701 5th Avenue, Suite 2100
Seattle, Washington 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
rfoltz@gordonrees.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KUMAR & BIRLA, LLC, a Washington limited liability company; INDERJIT KUMAR, an Individual; REEMA DATT BIRLA, an Individual; and, DEV DUTT BIRLA, an Individual, <br><br> Defendants. | No. CV-11-5100-LRS <br><br> **ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED** <br><br> **NOTE ON MOTION CALENDAR: AUGUST 1, 2011** |

ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED - 1

GORDON & REES LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

GOOD CAUSE APPEARING and based upon the facts, authorities, and evidence presented in and with Plaintiff Choice Hotels International, Inc.'s Application for Temporary Restraining Order and/or an Order to Show Cause Why a Preliminary Injunction Should not be Entered, the following orders are hereby issued:

(1) A temporary restraining order pursuant to Rule 65 of the Federal Rules of Civil Procedure to restrain and enjoin defendants Kumar & Birla, LLC; Inderjit Kumar, Reema Datt Birla, and Dev Dutt Birla (collectively "Defendants") as well as each of their agents, servants, employees, attorneys, and all those in active concert with them from:

a) displaying, advertising, marketing, promoting, stating or suggesting affiliation with, or otherwise using in commerce, or contributing to the use of in commerce, any of the ECONO LODGE family of marks, as are defined below, or using or contributing to the use in commerce any goods, products, or tangible property bearing any of the ECONO LODGE family of marks;

b) Engaging in any activity that misleads or confuses or is likely to mislead or confuse the public to the detriment of Choice Hotels, including

ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED - 2

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

(without limitation) any activity that constitutes a violation of 15 U.S.C. § 1125(a)(1);

   c) Engaging in any activity that could or is likely to lead anyone to believe that any product or service has been produced, distributed, offered, advertised, displayed, licensed, sponsored, approved, authorized, or otherwise used in commerce by or for Choice Hotels, when such is not true in fact; and/or ,

   d) Assisting, aiding, abetting, or contributing to any other person or entity in engaging in or performing any of the activities referred to above.

 [and]

 (2) An order to show cause hearing, scheduled for August 23, 2011 at 2:30 p.m, in the above-captioned court, as to why a preliminary injunction should not be entered to preliminarily enjoin Defendants as well as each of their agents, servants, employees, attorneys, and all those in active concert with them, from:

   a) displaying, advertising, marketing, promoting, stating or suggesting affiliation with, or otherwise using in commerce, or contributing to the use of in commerce, any of the ECONO LODGE family of marks, as are

ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED - 3

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

defined below, or using or contributing to the use in commerce any goods, products, or tangible property bearing any of the ECONO LODGE family of marks;

      b)    Engaging in any activity that misleads or confuses or is likely to mislead or confuse the public to the detriment of Choice Hotels, including (without limitation) any activity that constitutes a violation of 15 U.S.C. § 1125(a)(1);

      c)    Engaging in any activity that could or is likely to lead anyone to believe that any product or service has been produced, distributed, offered, advertised, displayed, licensed, sponsored, approved, authorized, or otherwise used in commerce by or for Choice Hotels, when such is not true in fact; and/or ,

      d)    Assisting, aiding, abetting, or contributing to any other person or entity in engaging in or performing any of the activities referred to above.

The "ECONO LODGE family of marks," as the term is used herein, refers to and includes the following:

- United States Trademark Registration No. 813,642 (hereinafter, "the '642 registration") for the mark ECONO LODGE;

ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED - 4

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

- United States Trademark Registration No. 1,799,814 (hereinafter, "the '814 Registration") for the mark ECONO LODGE + Design;

- United States Trademark Registration No. 2,178,518 (hereinafter, "the '518 Registration") for the mark ECONO LODGE;

- United States Trademark Registration No. 2,878,530 (hereinafter, "the '530 Registration") for the mark ECONO LODGE INN & SUITES;

- United States Trademark Registration No. 3,489,688 (hereinafter, "the '688 Registration") for the mark E ECONO LODGE + Design;

- United States Trademark Registration No. 3,522,065 (hereinafter, "the '065 Registration") for the mark E ECONO LODGE + Design;

- United States Trademark Registration No. 3,522,067 (hereinafter, "the '067 Registration") for the mark E ECONO LODGE INN & SUITES + Design; and,

- United States Trademark Registration No. 3,522,199 (hereinafter, "the '199 Registration") for the mark E ECONO LODGE INN & SUITES + Design.

ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED - 5

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

IT IS SO ORDERED.

DATED this 8th day of August, 2011.

*s/Lonny R. Suko*

Judge, U.S. District Court for the
Eastern District of Washington

Presented by:

GORDON & REES LLP

*/s/ Ryan G. Foltz*
Ryan G. Foltz, WSBA No. 30696
Attorneys for Plaintiffs

CHII/1070283/10237061v.1

ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND/OR AN ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT BE ENTERED - 6

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822