UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs <br><br> KUMAR & BIRLA, LLC, a Washington limited liability company; INDERJIT KUMAR, an Individual; REEMA DATT BIRLA, an Individual; and, DEV DUTT BIRLA, an Individual, <br><br> Defendants. | NO. CV-11-5100-LRS <br><br> ORDER RE OCTOBER 18, 2012 HEARING |

**BEFORE THE COURT** is Plaintiff's Motion For Summary Judgment or Alternatively Partial Summary Judgment (ECF No. 46) filed on July 27, 2012. The Defendants filed no response and did not appear at the telephonic hearing held on October 18, 2012. At the hearing, the Court made preliminary comments on the merits and inquiry regarding service of the Defendants, who are not represented currently.[1] The Court requested supplemental briefing to address service of the pending motion, due to a discrepancy found in the record. Further, the Court set a deadline for filing any motion regarding damages and attorney fees.

---

[1] Counsel for Defendants withdrew on March 12, 2012 through leave of the Court. See Order Granting Motion to Withdraw as Attorney (ECF No. 41).

ORDER - 1

**IT IS ORDERED:**

1. Plaintiff's Motion for Summary Judgment, ECF No. 46, is held in abeyance pending further supplemental briefing.

2. Any motion regarding damages and attorney fees shall be filed on or before November 19, 2012.

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel and Defendants.

**DATED** this 26th day of October, 2012.

*s/Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 2