IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHOICE HOTELS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KUMAR & BIRLA, LLC, a Washington limited liability company; INDERJIT KUMAR, an Individual; REEMA DATT BIRLA, an Individual; and, DEV DUTT BIRLA, an Individual, <br><br> Defendants. | No. CV-11-5100-LRS <br><br> ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Plaintiff's Motion for Summary Judgment or Alternatively Partial Summary Judgment (ECF No. 46) was heard telephonically on October 18, 2012 at 2:30 p.m. The Defendants filed no response and did not appear for the hearing. Ryan Foltz and Timothy Lindell appeared on behalf of Plaintiff.

GOOD CAUSE APPEARING and based upon the facts, authorities, and evidence presented in and with Plaintiff Choice Hotels International, Inc.'s ("Plaintiff" or "Choice Hotels") Motion for Summary Judgment or Alternatively

ORDER GRANTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT - 1

Partial Summary Judgment, ECF No. 46, said motion is hereby GRANTED. Accordingly, the following orders are hereby issued:

(1) Judgment is entered in favor of Plaintiff and against Defendants, and each of them, jointly and severally, for liability on each and all claims for relief stated in Plaintiff's Complaint (Doc. 1);

(2) A permanent injunction is hereby issued pursuant to Rules 56 and 65 of the Federal Rules of Civil Procedure to restrain and enjoin defendants Kumar & Birla, LLC; Inderjit Kumar, Reema Datt Birla, and Dev Dutt Birla (collectively "Defendants") as well as each of their agents, servants, employees, attorneys, and all those in active concert with them from:

a) displaying, advertising, marketing, promoting, stating or suggesting affiliation with, or otherwise using in commerce, or contributing to the use of in commerce, any of the ECONO LODGE family of marks, as are defined below, or using or contributing to the use in commerce any goods, products, or tangible property bearing any of the ECONO LODGE family of marks;

b) Engaging in any activity that misleads or confuses or is likely to mislead or confuse the public to the detriment of Choice Hotels, including (without limitation) any activity that constitutes a violation of 15 U.S.C.

§ 1125(a)(1);

c) Engaging in any activity that could or is likely to lead anyone to believe that any product or service has been produced, distributed, offered, advertised, displayed, licensed, sponsored, approved, authorized, or otherwise used in commerce by or for Choice Hotels, when such is not true in fact; and/or

d) Assisting, aiding, abetting, or contributing to any other person or entity in engaging in or performing any of the activities referred to above.

The "ECONO LODGE family of marks," as the term is used herein, refers to and includes the following:

- United States Trademark Registration No. 813,642 (hereinafter, "the '642 registration") for the mark ECONO LODGE;

- United States Trademark Registration No. 1,799,814 (hereinafter, "the '814 Registration") for the mark ECONO LODGE + Design;

- United States Trademark Registration No. 2,178,518 (hereinafter, "the '518 Registration") for the mark ECONO LODGE;

- United States Trademark Registration No. 2,878,530 (hereinafter, "the '530 Registration") for the mark ECONO LODGE INN & SUITES;

- United States Trademark Registration No. 3,489,688 (hereinafter,

ORDER GRANTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT - 3

"the '688 Registration") for the mark E ECONO LODGE + Design;

- United States Trademark Registration No. 3,522,065 (hereinafter, "the '065 Registration") for the mark E ECONO LODGE + Design;

- United States Trademark Registration No. 3,522,067 (hereinafter, "the '067 Registration") for the mark E ECONO LODGE INN & SUITES + Design; and,

- United States Trademark Registration No. 3,522,199 (hereinafter, "the '199 Registration") for the mark E ECONO LODGE INN & SUITES + Design.

(3) Defendants are further ordered to destroy and/or turn over to counsel for Plaintiff any and all material, merchandise, and/or items in their care, custody or control bearing any of the ECONO LODGE family of marks;

(4) Within 30 days of this order, Defendants are further ordered to file and serve an affidavit confirming compliance with injunctive relief awarded by the court herein; and

(5) Plaintiff is awarded its costs in this matter, pursuant to 15 U.S.C. Section 1117, in an amount to be determined through additional briefing by Plaintiff on November 19, 2012.

(6) Plaintiff is hereby given leave to file additional briefing for

ORDER GRANTING PLAINTIFF'S MOTION FOR
SUMMARY JUDGMENT - 4

determination of: (1) the damages amount; and (2) whether this case should be deemed exceptional and for an award of attorneys' fees pursuant to 15 U.S.C. § 1117(a).  Said additional briefing shall be filed on or before November 19, 2012.

(7) The District Court Executive is directed to send a copy of this order to Defendants at the following last known addresses:

| | |
|---|---|
| Kumar & Birla, LLC<br>300 North Ely Street #A<br>Kennewick, WA  99336<br>Fax: (509) 735-3854<br>bhavishanrai@gmail.com | Inderjit Kumar<br>Individual & Registered Agent of<br>Kumar & Birla, LLC<br>300 North Ely Street #A<br>Kennewick, WA  99336<br>bhavishanrai@gmail.com |
| Reema D. Birla<br>12754 Newport Ave. Apt. B<br>Tustin, CA  92780<br>devbirla@yahoo.com | Dev D. Birla<br>12754 Newport Ave. Apt. B<br>Tustin, CA  92780<br>devbirla@yahoo.com |

IT IS SO ORDERED.

Dated this 26th day of November, 2012.

*/s/ Lonny R. Suko*
LONNY R. SUKO
United States District Judge