AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CHOICE HOTELS INTERNATIONAL, INC.,

                Plaintiff,

                              JUDGMENT IN A CIVIL CASE

                v.

KUMAR & BIRLA, LLC, a Washington limited liability company; INDERJIT KUMAR, an Individual, REEMA DATT BIRLA, an Individual; and, DEV DUTT BIRLA, an Individual,

CASE NUMBER: CV-11-5100-LRS

                Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff and against Defendants, and each of them, jointly and severally, for liability on each and all claims for relief stated in Plaintiff's Complaint pursuant to the Order Granting Plaintiff's Motion for Summary Judgment filed November 26, 2012, ECF No. 71.

| | |
|---|---|
| 11/26/2012 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Cora Vargas |
| | *(By) Deputy Clerk* |
| | Cora Vargas |