AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHOICE HOTELS INTERNATIONAL, INC.,

                Plaintiff,

               v.

KUMAR & BIRLA, LLC, a Washington limited liability company; INDERJIT KUMAR, an Individual; REEMA DATT BIRLA, an Individual; and DEV DUTT BIRLA, an Individual,

                Defendants.

### JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-5100-LRS

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** hearing **before the Court. The issues have been** heard **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED that pursuant to the Order Re Motions For Damages And Attorney's Fees entered on January 14, 2013, ECF No. 73, Plaintiff is awarded judgment against the Defendants as follows:

    (1) Damages in the amount of $210,561.00;
    (2) Costs in the amount of $3,811.12; and
    (3) Attorney's Fees in the amount of $26,000.00.

01/14/2013
*Date*

SEAN F. McAVOY
*Clerk*
s/ Cora Vargas
*(By) Deputy Clerk*
Cora Vargas